(No. 6342—

W. W. GROTE COMPANY, Claimant, *vs.* BOARD OF REGENTS OF THE REGENCY UNIVERSITY SYSTEM, SANGAMON STATE UNIVERSITY, Respondent.

*Opinion filed March 24, 1972.*

W. W. GROTE COMPANY, Claimant, pro se.

PAUL E. MATHIAS, Attorney for Board of Regents, for Respondent.

HOLDERMAN, J.